UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAY NATHAN BRESSLER,

        Appellant,

                                Case No. 05-72216

vs.

                                HON. GEORGE CARAM STEEH

COMERICA BANK,

        Appellee.
_____/

## ORDER OF DISMISSAL

        This matter recently came before the court on counsel Morris Lefkowitz's motion to withdraw as counsel for appellant Jay Nathan Bressler, and to extend the time to file an appeal brief. The court heard oral argument by Mr. Lefkowitz and Mr. Bressler on August 8, 2005. At that hearing, the court ordered that Mr. Lefkowitz's motion to withdraw as counsel be granted. Appellant was given until August 29, 2005 to obtain new counsel or have his appeal dismissed with prejudice. As of August 29, 2005, no action has been taken in this court by new counsel. Now, therefore,

        IT IS HEREBY ORDERED that appellant's appeal be dismissed with prejudice.

                                s/George Caram Steeh
                                GEORGE CARAM STEEH
                                UNITED STATES DISTRICT JUDGE

Dated: August 30, 2005

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on August 30, 2005, by electronic and/or ordinary mail.

                                s/Josephine Chaffee
                                Secretary/Deputy Clerk